UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:08-cr-186-J-16HTS

JASON ISAAC THOMPSON

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to substitute the undersigned Assistant United States Attorney as government counsel for Assistant United States Attorney Clay Hahs.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:  *s/ Ronald D. DeSantis*
RONALD D. DESANTIS
Assistant United States Attorney
Bar No. 0015976
300 North Hogan Street, Suite 700
Jacksonville, Florida  32202-4270
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:       Ronald.Desantis@usdoj.gov

U.S. v. Jason Isaac Thompson                    Case No. 3:08-cr-186-J-16HTS

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

   Charlie Lemcke, Esq.

I hereby certify that on June 19, 2008, a true and correct copy of the foregoing document and the notice of electronic filing was sent by US Mail to the following non-CM/ECF participant(s):

   N/A

                              *s/ Ronald D. DeSantis*
                              RONALD D. DESANTIS
                              Assistant United States Attorney
                              Bar No. 0015976
                              300 North Hogan Street, Suite 700
                              Jacksonville, Florida  32202-4270
                              Telephone:   (904) 301-6300
                              Facsimile:   (904) 301-6310
                              E-mail:      Ronald.Desantis@usdoj.gov